**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

No. 25-6852

SCHILLER D. HILL,
Movant - Appellant,

v.

UNITED STATES OF AMERICA,
Respondent - Appellee.

Appeal from the
United States District Court for the
Eastern District of Virginia
Alexandria Division

**APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL
OF APPEAL PURSUANT TO FED. R. APP. P. 42(b)**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Local Rule 42, Appellant Schiller D. Hill respectfully moves the Court to dismiss this appeal, with each party to bear its own costs. In support, Appellant states as follows:

1.This is a docketed appeal, No. 25-6852, in which Schiller D. Hill is the Appellant.

2. Federal Rule of Appellate Procedure 42(b)(2) provides that an appeal may be dismissed on the appellant's motion on terms agreed to

1

by the parties or fixed by the court. Local Rule 42 provides that, in a civil case, a motion for voluntary dismissal may be signed by counsel.

3. Appellant no longer wishes to prosecute this appeal and respectfully requests that it be dismissed.

4. This motion seeks only dismissal of the appeal. Appellant does not request any relief within the scope of Federal Rule of Appellate Procedure 42(b)(3), and no order beyond dismissal of the appeal is required.

5. Appellant requests that each party bear its own costs.

WHEREFORE, Appellant Schiller D. Hill respectfully requests that the Court dismiss this appeal, with each party to bear its own costs.

2

## STATEMENT REGARDING CONSENT (LOCAL RULE 27(a))

Counsel for Appellant has informed counsel for Appellee, the United States, of the intended filing of this motion. Counsel for the United States consents to the relief requested and does not intend to file a response in opposition.

Respectfully submitted,

*/s/ Theodore Cooperstein*
Theodore Cooperstein
THEODORE COOPERSTEIN PLLC
1888 Main Street, Suite C-203
Madison, MS 39110
(601) 397-2471
ted@appealslawyer.us


*/s/ Marina Medvin*
Marina Medvin, Esq.
MEDVIN LAW PLC
277 S. Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Contact@MedvinLaw.com


**Counsel for Appellant**
**Schiller D. Hill**

Dated: August 3, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 186 words. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared in a proportionally spaced typeface using Apple Pages in 14-point Century Schoolbook.

*/s/ Theodore Cooperstein*
Theodore Cooperstein

## CERTIFICATE OF SERVICE

I certify that on August 3, 2026, I electronically filed the foregoing motion with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will serve all counsel of record.

*/s/ Theodore Cooperstein*
Theodore Cooperstein

4